AUSA Susan Gillooly     313-226-9577
Special Agent Andrea Rossman     313-549-7890

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Mark HARRIS
D.O.B. \*\*/\*\*/1960

Case: 2:14-mj-30535
Judge: Unassigned,
Filed: 10-21-2014 At 02:56 PM
USA V MARK HARRIS (CMP)(CMC)

## ARREST WARRANT

**FILED**
NOV 10 2014
CLERK'S OFFICE
DETROIT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mark HARRIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession with Intent to Distribute Controlled Substance(s), heroin and cocaine, in violation of Title 21 U.S.C. Seciton 841 (a)(1).

Date: October 21, 2014

_Issuing officer's signature_
STEVEN WHALEN

City and state: Detroit, Michigan

R. Steven Whalen, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on *(date)* 10/22/14, and the person was arrested on *(date)* 10/22/14
at *(city and state)* DETROIT, MICHIGAN.

Date: 10/22/14

_Arresting officer's signature_

SA ANDREA ROSSMAN
_Printed name and title_

---

Distribution:  Original Court – 1copy U.S. Marshal – 2 copies USA